UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

RONALD M. KEMPPAINEN,

    Plaintiff,

v.

HOUGHTON COUNTY BOARD
OF COMMISSIONERS, et al.,

    Defendants.

_____/

Case No. 2:11-cv-170
HON. R. ALLAN EDGAR

## MEMORANDUM AND ORDER

    Plaintiff Ronald M. Kemppainen brings this federal civil rights action against the defendants under 42 U.S.C. § 1983. On November 30, 2011, Magistrate Judge Timothy P. Greeley submitted his report and recommendation. [Court Doc. No. 30]. The Magistrate Judge recommends that the plaintiff's entire complaint be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. Plaintiff Kemppainen has not timely filed any objections to the report and recommendation.

    After reviewing the record, the Court **ACCEPTS and ADOPTS** the report and recommendation pursuant to 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b), and W.D. Mich. LCivR 72.3(b). For the reasons expressed in the report and recommendation, the plaintiff's entire complaint is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) as to all claims made against all defendants. A separate judgment will be entered.

    SO ORDERED

    Dated: December 22, 2011.

                                   /s/ R. Allan Edgar
                                 R. ALLAN EDGAR
                       UNITED STATES DISTRICT JUDGE